## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __THIRD__ Amended Plan

DEBTOR: BARNAVE LOUS JUSTE _____ JOINT DEBTOR:_____ CASE NO.: 11-43257

Last Four Digits of SS# _____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___56___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $____800___ for months ___1___ to ___56___;
in order to pay the following creditors:

Administrative: Attorney's Fee - $__2500.00__ TOTAL PAID $ ___2500.00___

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| HSBC Mortgage Corporation | Real Property: 496 NW 165 St Rd D 314 Miami FL 33162 | 4 % | $700.00 | 1 To 56 | 39,200.00 |
| | $ | % | $ | _____ To | |
| | $ | % | $ | _____ To | |

Unsecured Creditors: Pay $ 20.00 /month (Months 1 to 56). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions:

1. The debtor has filed a motion DE 25 to value HSBC lien that has been granted on February 21, 2012. The lien has been reduced to 35,000.00 per the order DE# 38. The Secured Creditor HSBC lien will be paid according to the order. Debtor is paying a total of $ 1120 for unsecured creditors.

Debtor is surrendering the property subject to Bank of America lien located at 200 NW 128 Street Miami FL 33168.

The Debtor shall submit to the control and supervision of the trustee $ 800.00 per month for the 56 months of the plan. The total sum to be submitted is 44,800.00.

The payments received shall be distributed as follows: Payments shall be made first to HSBC allowed secured claim.

2. The debtor will be responsible to for securing and maintaining Home Owner's insurance and for the payment of real estate taxes as of the date of the confirmation. These payments are not to be paid by any creditor of debtor. Debtor is also responsible for the condo association fees that are now about 90.00 dollars a month.

3.   By failing to object to this Plan, or any modification or amendment thereof, all creditors holding claims agree not to make any effort to collect their claims from any co-debtors that may exist, so long as this case remains pending.

4.   Confirmation of this plan shall constitute a finding that the plan constitutes the Debtors best effort under all the circumstances to pay creditors, within the meaning of 11 U.S.C. § 727(a)(9).

5.   Upon completion of this plan, all debts listed in the Debtors' Schedules or provided for by this plan, except those excepted by 11 U.S.C. § 1328(a), shall be discharged.

6. The debtor will provide copies of her tax return by May 15 of each year and will modify the plan if income increases.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/ Ralph S. Francois Esq. For Debtor

Debtor: Barnave Louis Juste
4-17-2012

LF-31 (rev. 12 01 09)