## CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐X 4th amended plan Amended Plan

DEBTOR: BARNAVE LOUIS JUSTE        JOINT DEBTOR:_____ CASE NO.: 11-43257 AJC
Last Four Digits of SS# 3133        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $__800.00__ for months __1__ to __56__;
- B.  $_____ for months _____ to _____;
- C.  $_____ for months _____ to _____;
- D.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $__2500.00__ TOTAL PAID $ __2500.00__
Balance Due

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date $_____
Address: _____  Arrears Payment   $_____/month (Months ____ to _____)
                          Regular Payment   $_____/month (Months ____ to _____)
Account No: _____

2. _____  Arrearage on Petition Date $_____
Address: _____  Arrears Payment   $_____/month (Months ____ to _____)
                          Regular Payment   $_____/month (Months ____ to _____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| HSBC MORTGAGE | Real Property: 496 NW 165 Street Rd #D 314 Miami FL 33162 | 4% | $700.00 | 1 to 56 | 39200.00 |
|  | $ | % | $ |  To  |  |
|  | $ | % | $ |  To  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
Unsecured Creditors:  Pay $ __20.00__/month  (Months 1 to 56).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
1. The debtor will provide copies of her tax return by May 15 of each year and will modify the plan if income increases.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Ralph S. Francois Esq. For

Debtor: Barnave Louis Juste
Date: 5/29/12

LF-31 (rev. 12/01/09)