

ORDERED in the Southern District of Florida on August 21, 2012.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Barnave Louis-juste,               Case No. 11-43257-AJC
                                   Chapter 13
         Debtor.
_____/

### AGREED ORDER ON DEUTSCHE BANK'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN

This matter came before the Court upon Deutsche Bank's ("Creditor") Objection to Confirmation of Plan (ECF No. 81) and the Court, after being fully advised in the premises, and upon agreement of the parties, it is

ORDERED as follows:

1. Deutsche Bank's Objection to Confirmation of Plan (ECF No. 81) is withdrawn.

2. The Debtor and Creditor agree the interest rate to be paid to the Creditor shall be 6.0% as reflected in the Debtor's Fifth Amended Plan (ECF No. 96).

DONE AND ORDERED on this date in the United States Bankruptcy Court, Southern District of Florida.

# # #

**Submitted by:**
Spencer Gollahon, Esq.
Ablitt|Scofield, P.C.
The Blackstone Building
100 South Dixie Highway, Suite 200
West Palm Beach, FL 33401
Florida Bar No. 647799

Spencer Gollahon, Esq. shall serve a conformed copy of this order on all interested parties and file a certificate of service regarding same.

Copies Furnished To:

By CM/ECF Receipt:

Ralph S. Francois, Esq.,
Attorney for Debtor
6453 Pembroke Rd
Hollywood, FL 33023

Nancy N. Herkert, Trustee,
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By First Class Mail:

Barnave Louis-juste
200 NW 128 Street
North Miami, FL 33168

C38.0036-BK